THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTON DUFOUR
et al., Composing the Firm of DUFOUR & COMPANY, Appel-
lants, *v.* JAMES J. WELLS et al., as Commissioners of Taxes
and Assessments of the City of New York, Respondents.

*People ex rel. Dufour* v. *Wells,* 85 App. Div. 440. affirmed.
(Argued February 9, 1904; decided February 23, 1904.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered July
13, 1903, which reversed an order of Special Term denying a
motion to quash a writ of certiorari to review an assessment
for taxation of personal property of relators and granted such
motion,

*Edmund L. Cole* for appellants.

*John J. Delany, Corporation Counsel (George S. Coleman, James M. Ward* and *E. Crosby Kindleberger* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: GRAY, HAIGHT, MARTIN, VANN and CULLEN, JJ. Dissenting: PARKER, Ch. J., and O'BRIEN, J.